UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAR 13 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NUMBER: C-19-MJ-958-1 |
| LANCE ESSWEIN | | |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, through Ryan K. Patrick, United States Attorney in and for the Southern District of Texas, by and through the undersigned Assistant United States Attorney, and respectfully requests this Honorable Court to unseal the Complaint as to Defendant LANCE ESSWEIN.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

BY: _____ w/permission
JULIE K. HAMPTON
Assistant United States Attorney
Texas Bar No. 24032269
Southern District No. 431286
800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, Texas 77401
Tel. (361) 888-3111; Fax (361) 888-3200